PROB 22
(Rev. 01/24)

**DOCKET NUMBER** *(Tran. Court)*
0976 1:22CR00131-001

# TRANSFER OF JURISDICTION

**DOCKET NUMBER** *(Rec. Court)*
3:24-cr-00025-ART-CLB

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Gwenn Danielle Root<br>Reno, Nevada | Idaho | |

**NAME OF SENTENCING JUDGE**
B. Lynn Winmill, Senior United States District Judge

| DATES OF PROBATION/SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 8/15/2023 | 8/14/2026 |

**OFFENSE**
18§472 - - Possessing Counterfeit Obligations of the United States

**JUSTIFICATION/REASON FOR TRANSFER** (e.g., prosocial ties, employment/education opportunities, violation of supervision)
Ms. Root requested her jurisdiction be transferred to the District of Nevada as she plans to reside in the State of Nevada for the duration of her supervised release. Her officer supports this request and believes it will allow increased efficiency in responses to supervised release violations.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Idaho

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Nevada upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

6/21/2024
*Date*

*(signed)* B. Lynn Winmill
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF Nevada

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

July 23, 2024
*Effective Date*

*(signed)* Anne R. Traum
*Anne R. Traum, United States District Judge*

1